Jose A LANDAVERDE, Plaintiff–
Appellant,

v.

The COMPTROLLER OF PUBLIC
ACCOUNTS OF THE STATE OF
TEXAS; et al, Defendants,

The Comptroller of Public Accounts of
the State of Texas; Bill Roach; Tom
Prude, doing business as AFTE Fi-
nancial Services, doing business as
AFTE Business Analysts Inc; Harold
Lee; Fields Otis, Defendants–Appel-
lees.

No. 03–20023
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

July 22, 2003.

Before HIGGINBOTHAM, DAVIS, and
PRADO, Circuit Judges.

PER CURIAM:*

Appellant, Jose Landaverde, raises sev-
eral issues on appeal of the district court's
grant of summary judgment to all defen-
dants. After a *de novo* review of the
motions for summary judgment, we affirm
the grant of summary judgment for the
reasons given by the court below. Finding

---

no merit in any of appellant's other argu-
ments, we AFFIRM.

---

* Pursuant to 5TH CIR. R. 47.5, the court has
  determined that this opinion should not be
  published and is not precedent except under
  the limited circumstances set forth in 5TH CIR.
  R. 47.5.4.